IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01875-PSF-PAC

HEALTH GRADES, INC., a Delaware corporation,

    Plaintiff,

v.

ZELESKEY, CORNELIUS, HALLMARK, ROBER & HICKS, LLP,
a Texas limited liability partnership,

    Defendant.

---

### ORDER TRANSFERRING VENUE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, LUFKIN DIVISION

---

This matter having come before the Court on the parties' Stipulated Motion to Transfer Venue (Dkt. # 10) and this Court being otherwise fully advised in the premises, it is hereby ORDERED that said motion is GRANTED pursuant to 28 U.S.C. § 1404(a) for the convenience of the parties and the witnesses, and in the interest of justice. This matter shall be transferred to the United States District Court for the Eastern District of Texas, Lufkin Division.

Defendant's Motion to Dismiss (Dkt. # 5) is hereby DENIED as moot. Plaintiff's Unopposed Motion to Continue Upcoming Deadlines (Dkt. # 11) is GRANTED. All deadlines are continued until reset by the transferee court.

DATED: November 8, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge